AO91 (Rev. 12/03)  Criminal Complaint     **FELONY**     AUSA

United States Courts

# UNITED STATES DISTRICT COURT

Southern District of Texas
FILED

Southern District Of Texas Brownsville Division

*April 13, 2026*

Nathan Ochsner, Clerk of Court

## UNITED STATES OF AMERICA
### vs.

Lorena MORENO
A216 859 607 United States
AKA Lorena MORENO RIVERA

## CRIMINAL COMPLAINT

Case Number: 1:26-MJ- 515

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief. On or about _____ April 11, 2026 _____ in _____ Cameron _____ County, in

the _____ Southern District Of Texas _____ defendant(s)

knowingly, willfully, and in reckless disregard of the fact that four (4) persons was an undocumented alien, did knowingly conspire to transport and move with intent to further her unlawful presence,

in violation of Title _____ 8 _____ United States Code, Section(s) _____ 1324(a)(1)(A)(v)(I)(i)(ii) _____

I further state that I am a(n)     Border Patrol Agent     and that this complaint is based on the

following facts:
On April 11, 2026, a Border Patrol Agent was conducting line watch duties in Brownsville, Texas at the Fort Brown Border Patrol Station area of responsibility. At approximately 2:27 p.m. Border Patrol Agents were advised by a Border Patrol Intel Agent via service radio that a White Dodge Journey bearing Oklahoma tags ████████ was in the area known as southmost and Sabal Palm Grove. Prior history from a drawbridge camera activation on April 3, 2026 had shown the same vehicle with the same license plate loading subjects from the brush into the vehicle.

Defendant had no funds at the time of her arrest.

Continued on the attached sheet and made a part of this complaint:     ☒ Yes     ☐ No

Signature of Complainant

Ostler, Conrad    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

April 13, 2026                                            at     Brownsville, Texas
Date                                                                City/State

Ignacio Torteya III              U.S. Magistrate Judge
Name of Judge                    Title of Judge

Signature of Judge

CONTINUATION OF CRIMINAL COMPLAINT

United States Courts
Southern District of Texas
FILED

*April 13, 2026*

Nathan Ochsner, Clerk of Court

**AFFIDAVIT**

In support of Criminal Complaint

**UNITED STATES OF AMERICA**

**V.**

Lorena MORENO
████████ United States
AKA Lorena MORENO RIVERA

**CRIMINAL COMPLAINT**

Case Number: 1:26-MJ- 515

At approximately 2:29 p.m. a white Dodge Journey was observed traveling south of the border wall into the Sabal Palm Sanctuary. At approximately 2:41 p.m. an Agent advised via service radio that an employee at the Sabal Palm Sanctuary had informed him that one female and a juvenile had checked into the sanctuary with the white Dodge Journey. At approximately 3:57 p.m. Border Patrol Agents observed the vehicle traveling north going past the border wall. Border Patrol Agents advised a Supervisory Border Patrol Agent to identify the driver due to the reasonable suspicion that the vehicle may be attempting to smuggle people due to the given history of the vehicle. The Supervisory Border Patrol Agent observed the vehicle behind him at a stop sign, activated his emergency overhead lights, exited his service vehicle, and approached the suspect's vehicle on foot. The Supervisory Border Agent observed four passengers in the back of the vehicle attempting to conceal themselves. Supervisory Border Patrol Agent detained the driver, a juvenile, and four passengers in the vehicle. A Border Patrol Agent identified himself and conducted an immigration inspection of the six (6) subjects. Three (3) of the subjects freely admitted to being Citizens and Nationals of Mexico, one (1) of El Salvador, and to being present in the United States without legal documentation permitting them to enter or remain in the United States. The driver was identified as being a United States Citizen during the immigration inspection. The Juvenile was identified as being the son of the driver and being a United States Citizen during the immigration inspection. Subjects were placed under arrest at approximately 4:00 p.m.

After further investigation it was determined through a sworn statement and a photo lineup identification by material witness, Jorge Luis TAPIA-Monroy that the principal Lorena MORENO was the subject that was the driver of the vehicle transporting the illegal aliens. Jorge Luis TAPIA-Monroy and Rafael LOPEZ-Garcia will also be held as a material witnesses to this case. Juvenile subject was turned over to his mother's, Lorena MORENO, uncle.

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

___13th___ day of ___April, 2026___

_____
Signature of Judicial Officer

_____
Signature of Complainant